UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>DR. ROBINSON, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:24-cv-00500-JAD-BNW<br><br>**ORDER** |

**I.　DISCUSSION**

Plaintiff, who is currently incarcerated in the custody of the Nevada Department of Corrections, initiated this case with a complaint that stated that he was being housed at High Desert State Prison. (ECF No. 1-1 at 1). The Court sent an advisory letter to Plaintiff, but it came back as undeliverable to Plaintiff at High Desert State Prison. (ECF Nos. 2, 3). The Court notes that Plaintiff also filed an application to proceed *in forma pauperis*, which is dated roughly nine months before Plaintiff initiated this case, and it indicates that Plaintiff was housed at Ely State Prison at that time. (ECF No. 1).

The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with the Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

It is therefore ordered that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of entry of this order.

It is further ordered that the Court shall send a courtesy copy of this order to Plaintiff at Ely State Prison.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS __9__ day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE