**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |
|---|---|
| Kentrell D. Welch, | Case No. 2:24-cv-00500-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Robinson, et al., | |
| Defendants. | |

The Nevada Attorney General's Office accepted service on behalf of Defendant T.S. Cooke. ECF No. 19. It was unable to accept service on behalf of Defendants Dr. Leakes and Dr. Robinson "as these defendants have not been identified at this time." *Id.* Therefore, Plaintiff is responsible for serving Dr. Leakes and Dr. Robinson and should carefully read the below instructions.

**IT IS ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to Defendants Dr. Leakes and Dr. Robinson; (2) deliver the summonses along with two copies of the second-amended complaint (ECF No. 12) and a copy of this Order to the U.S. Marshal for service; and (3) mail Plaintiff two blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in Defendants' last-known addresses so that they may be served.

**IT IS FURTHER ORDERED** that Plaintiff will have until **April 14, 2026**, to fill out the required USM-285 forms and send them to the U.S. Marshal.

**IT IS FURTHER ORDERED** that the U.S. Marshal must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendants were served. If Plaintiff

wishes to have service again attempted on an unserved defendant, then Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff is reminded that the service deadline is April 20, 2026. *See* ECF No. 18.

DATED: March 24, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE