**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Kentrell D. Welch,

Plaintiff,

v.

Dr. Robinson, et al.,

Defendants.

Case No. 2:24-cv-00500-JAD-BNW

**ORDER**

Plaintiff is proceeding pro se. The Attorney General's office accepted service for Defendant Cooke but was unable to accept service for Defendants Leakes and Robinson. ECF No. 19. Accordingly, this Court ordered Plaintiff to fill out USM-285 forms with the last-known addresses of Defendants Leakes and Robinson and send them to the U.S. Marshal for service. ECF No. 22. The service deadline was set for April 20, 2026. *Id.*

On April 17, 2026, the summonses were returned unexecuted because the person at the address provided was unable to accept service. ECF Nos. 26 and 27. A few days later, this Court entered a minute order stating that if Plaintiff wished to have service attempted again on unserved defendants, then he must file a motion identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted. ECF No. 28.

Plaintiff timely filed a motion for the Attorney General's Office to file the last-known addresses for Defendants Leakes and Robinson under seal. ECF No. 29. This Court granted his motion. ECF No. 30. The Attorney General's Office recently filed a notice stating that it could not provide last-known addresses for these Defendants because it was unable to determine who these Defendants are. ECF No. 32. Despite continued efforts, Plaintiff has missed the deadline to serve Defendants Leakes and Robinson.

Under Rule 4, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without

prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). This Court takes the latter route and orders that service must be accomplished by July 13, 2026.

**IT IS THEREFORE ORDERED** that Plaintiff will have until July 13, 2026, to serve Defendants Leakes and Robinson.

**IT IS FURTHER ORDERED** that failure to serve Defendants Leakes and Robinson will likely result in a recommendation that they be dismissed without prejudice from the case. *See* Fed. R. Civ. P. 4(m); *see also* Local Rule IA 11-8.

DATED: May 12, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE