**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Kentrell Welch,<br>Plaintiff,<br>v.<br>Dr. Robinson, et al.,<br>Defendants. | Case No. 2:24-cv-00500-JAD-BNW<br><br>**ORDER** |

Before this Court is pro se Plaintiff Kentrell Welch's motion for leave to file an amended complaint. ECF No. 40. While entitled a "motion to amend," it is a motion requesting the ability to serve Defendants George Leakes and Dr. Robinson despite the Court's previous Recommendation that these Defendants be dismissed for failure to effectuate service of process. ECF No. 39. Indeed, the proposed "amended complaint" is identical to the operative complaint in this case. *Compare* ECF No. 12 *with* ECF No. 40 at 7–19.

Consistent with the policy favoring resolution on the merits, this Court will exercise its discretion to give Plaintiff *one final opportunity* to serve these two Defendants.

**IT IS ORDERED** that Plaintiff's motion at ECF No. 40 is **GRANTED** in part and **DENIED** in part. It is granted to the extent that Plaintiff will be permitted one more opportunity to serve Defendants Leakes and Robinson, and it is denied to the extent that the operative complaint continues to be the Second Amended Complaint at ECF No. 12.

**IT IS FURTHER ORDERED** that the Report and Recommendation at ECF No. 39 is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses for Defendants Leakes and Robinson; (2) deliver the summonses along with one copy of the Second Amended Complaint (ECF No. 12) to the U.S. Marshal for service; and (3) mail Plaintiff two blank copies of Form USM-285. Once Plaintiff receives the USM-285 Forms, he must fill in these Defendants' last-known address so that they may be served.

**IT IS FURTHER ORDERED** that Plaintiff shall have until September 3, 2026, to send the U.S. Marshal the required USM-285 Forms. Within 21 days after receiving a copy of the USM-285 Forms back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with this Court identifying whether the Defendants were served. Failure to comply with this Court's order will likely result in dismissal of Plaintiff's claims against these Defendants.

DATED: August 12, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE